FILED 19 MAY '25 11:00USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Tyler Long
_(Enter full name of plaintiff)_

Plaintiff,

v.

Portland Police Bureau

_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. 25-859
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**
Name: Tyler Long
Street Address: 11540 NE Inverness DR.
City, State & Zip Code: Portland, OR 97220
Telephone No.: 254 217 3139

Complaint for Violation of Civil Rights (Prisoner Complaint)     1
[Rev. 01/2018]

**Defendant No. 1**    Name: Portland Police Bureau
Street Address: 737 SE 106th Ave
City, State & Zip Code: Portland, OR 97216
Telephone No.: _____

**Defendant No. 2**    Name: Officer Vosu (DPSST 56975)
Street Address: 737 SE 106th Ave
City, State & Zip Code: Portland, OR 97216
Telephone No.: _____

**Defendant No. 3**    Name: Officer Harrison (DPSST 51269)
Street Address: 737 SE 106th Ave
City, State & Zip Code: Portland, OR 97216
Telephone No.: _____

**Defendant No. 4**    Name: Officer Terrett (DPSST 58225)
Street Address: 737 SE 106th Ave
City, State & Zip Code: Portland, OR 97216
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

42 USC § 1983, 18 USC § 1503, 18 USC § 242

4th, 6th, 10th, 14th Amendments were violated

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Officer Vosu had falsly arrested me while at the Adventist hospital Emergency room seeking treatment for GSW. (gunshot wound) after being profiled and mistreated I got prematurally discharged. Where officer Vosu knowingly and willing put me in a police vehicle, to the East precinct. Where I was left in a holding cell, to bleed out 1 litre of blood by myself. All Events happened on 02-20-2025

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On 02-20-2025 Officer harrison was operating the police vehicle I was placed

Complaint for Violation of Civil Rights (Prisoner Complaint)      3
[Rev. 01/2018]

In after pre-mature discharge. Harrison then drove me to the East precinct where I was held for 3 hours, while I lost approximitly 1 litre per paramedics report. Officer Harrison knew my conditon and the severity and that resulted In the transportation from Adventist to the East precinct.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Officer Terrett was at the East precinct upon arrival, Officer Vosu orderd Terrett to keep tabs on me while I was in the holding cell. Waiting to be informed the reasoning of my stay, Terrett had open the door once, to refused me to know why I was there. Terrett was at holding cell door when paramedics arrived to life flight me via ambulance. All events happend on 02-20-2025

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes          ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Wherefore Tyler Long respectfully prays that this Court Enter a Judgement Granting Tyler Long a declaration that the acts and omissions describe herein violate his rights under the Constitution and laws of the United States and granting Tyler Long Compensatory damages in the amount of 10 million dollars against the East precinct, and 2 million to each defendant Joint and Severally. Tyler Long also seeks 750,000 in punitive damages. Tyler Long wishes to press Criminal prosecution to the highest Extent for Injunction relief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of May, 2025.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)                     5
[Rev. 01/2018]