IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYLER WILLIAM LONG,

        Plaintiff,

v.

PORTLAND POLICE BUREAU, et al.,

        Defendants.

Civil No. 3:25-cv-00859-JR

**ORDER TO DISMISS**

**IMMERGUT, District Judge**

On August 27, 2025, Magistrate Judge Jolie A. Russo issued an order requiring plaintiff to file a notice of change of address within 60 days of the date of the order or show cause why this action should not be dismissed. *See* Local Rule 83-12. Judge Russo advised plaintiff that if he failed to do so, an order and judgment of dismissal would be entered.

Plaintiff failed to file a notice of change of address or show cause why this action should not be dismissed. Accordingly, IT IS ORDERED that this action is dismissed, without prejudice.

IT IS SO ORDERED.

DATED this  7th  day of November 2025.

                /s/ Karin J. Immergut
                Karin J. Immergut
                United States District Judge