IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYLER WILLIAM LONG,

    Plaintiff,

v.

PORTLAND POLICE BUREAU,

    Defendants.

Case No. 3:25-cv-00859-JR

JUDGMENT

IMMERGUT, District Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice.

The Court certifies that an appeal would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

    DATED this  7th  day of November 2025.

    /s/ Karin J. Immergut
    Karin J. Immergut
    United States District Judge

1 - JUDGMENT